AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Elyssa Klein

V.

Hasbro, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12702 RGS

TO: (Name and address of Defendant)

Hasbro, Inc.
c/o Prentice-Hall Corporation System, Inc.
84 State Street
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronald W. Dunbar, Jr.
William R. Bagley Jr.
Dunbar & Rodman LLP
One Gateway Center - Suite 405
Newton, MA 02458

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  12/27/2004



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

January 3, 2005

I hereby certify and return that on 12/31/2004 at 2:20PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to B.Montanez,Process Clerk & agent in charge at time of service, for Hasbro, Inc, at , 84 State Street, C/O Prentice Hall Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff    John Cotter

_____
                                    *Deputy Sheriff*