UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELYSSA KLEIN,<br><br>        Plaintiff,<br><br>v.<br><br>HASBRO, INC.,<br><br>        Defendant. | Civil Action No: 04-12702 RGS |

**JOINT STATEMENT OF THE PARTIES IN PREPARATION FOR INITIAL SCHEDULING CONFERENCE**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 16.1, and the Court's Notice of Scheduling Conference, counsel for defendant Hasbro, Inc. ("Hasbro") and counsel for plaintiff Elyssa Klein ("Plaintiff"), certify that they have conferred concerning, among other things: the nature and basis of their claims and defenses, the possibility of a settlement of the case, preparing an agenda for matters to be discussed at the scheduling conference, and preparing a proposed pretrial schedule for the case including a plan for discovery.

**I.   PROPOSED PRETRIAL SCHEDULE**

The parties anticipate that discovery may be conducted along the following schedule:

| Deadline | Event |
|---|---|
| June 17, 2005 | Complete automatic discovery consistent with Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A). |
| October 17, 2005 | Completion of all discovery, other than requests for expert disclosures. |
| November 28, 2005 | Service of all expert disclosures, if any, pursuant to Fed. R. Civ. P. 26(a)(2). |

| | |
|---|---|
| December 2, 2005 | File any dispositive motions under Fed. R. Civ. P. 56, with all supporting documents. |
| December 23, 2005 | File any oppositions to dispositive motions under Fed. R. Civ. P. 56, with supporting documents. |
| December 28, 2005 | Service of any responses and objections to expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2). |
| January 13, 2006 | File all replies to oppositions to dispositive motions under Fed. R. Civ. P. 56, with supporting documents. |
| To be determined | A pretrial conference, if necessary following decision on dispositive motions, with all dates following such pretrial conference, including expert disclosure and discovery, to be scheduled at the Court's discretion. |

The parties do not believe it is necessary for discovery to proceed in "phases," except as set forth in its proposed discovery schedule above.

**II.    TRIAL BY MAGISTRATE JUDGE**

Neither party consents to referral of this matter for trial by a magistrate judge.

**III.   CERTIFICATIONS UNDER LOCAL RULE 16.1(D)(3)**

Hasbro's certification required by Local Rule 16.1(D)(3) and Plaintiff's certification required by Local Rule 16.1(D)(3) will be submitted under separate cover.

Respectfully submitted,

| | |
|---|---|
| Elyssa Klein, | Hasbro, Inc., |
| By her attorneys, | By its attorneys, |
| /s/ William R. Bagley Jr. | /s/ Ariella Feingold |
| Ronald William Dunbar Jr. (BBO #567023) | Neil Jacobs (BBO #249300) |
| William R. Bagley Jr. (BBO #644575) | Jessica Foster (BBO #636841) |
| Dunbar & Rodman LLP | Ariella Feingold (BBO #660380) |
| One Gateway Center | Wilmer Cutler Pickering Hale and Dorr LLP |
| Suite 405 | 60 State Street |
| Newton, MA 02458 | Boston, MA  02109 |
| (617) 244-3550 | (617) 526-6000 |

Dated: May 9, 2005

## CERTIFICATE OF SERVICE

I, Ariella Feingold, hereby certify that on May 9, 2005, I caused a copy of the foregoing document to be served upon counsel for the plaintiff.

/s/ Ariella Feingold
Ariella Feingold

US1DOCS 5087336v2