UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELYSSA KLEIN,<br><br>          Plaintiff,<br><br>   v.<br><br>HASBRO, INC.,<br><br>          Defendant. | )<br>)<br>)   Civil Action No: 04-12702 RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## HASBRO'S RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, defendant Hasbro, Inc. and its counsel affirm that they have conferred:

1. with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as mediation, arbitration, and the alternative dispute resolution programs outlined in Local Rule 16.4.

HASBRO, INC.
By its attorneys,                                                                  By its representative,


/s/ Ariella Feingold                                                            /s/ Barbara Finigan
Neil Jacobs (BBO #249300)                                                Barbara Finigan
Jessica Foster (BBO #636841)
Ariella Feingold  (BBO #660380)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: May 9, 2005

## CERTIFICATE OF SERVICE

    I, Ariella Feingold, hereby certify that on May 9, 2005, I caused a copy of the foregoing certification to be served upon counsel for the plaintiff.

                                                  /s/ Ariella Feingold
                                                  Ariella Feingold

US1DOCS 5087352v1