UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELYSSA KLEIN,<br><br>        Plaintiff,<br>  v.<br>HASBRO, Inc.,<br><br>        Defendant. | Civil Action No. 04-12702 RGS |

## **NOTICE OF APPEARANCE OF ARIELLA FEINGOLD, ESQ.**

    Please enter my appearance as counsel for Defendant Hasbro, Inc. in the above-captioned matter.

                                        /s/ Ariella Feingold
                                        Ariella Feingold (BBO# 660380)
                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                        60 State Street
                                        Boston, MA 02109
                                        (617) 526-6000 Tel
                                        (617) 526-5000 Fax

Dated: May 9, 2005

## **CERTIFICATE OF SERVICE**

      I, Ariella Feingold, hereby certify that on May 9, 2005, I caused a copy of defendant's Notice of Appearance to be served on counsel for the plaintiff.

      /s/  Ariella Feingold
      Ariella Feingold