UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * *
                              *
ELYSSA KLEIN                  *
                              *
        Plaintiff,            *
                              *
v.                            *        Civil Action No. 04-12702-RGS
                              *
HASBRO, INC.                  *
                              *
        Defendant.            *
                              *
* * * * * * * * * * * * * * * * * * * *
```

## CERTIFICATION

We hereby certify that we have discussed the above action with a view to establishing a budget for the costs of conducting a full course – and various alternative courses – of the litigation, and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


Dated:  May 12, 2005

_____
Elyssa Klein


Dated:  May 12, 2005

_____
Ronald W. Dunbar, Jr., BBO# 567023
William R. Bagley Jr., BBO# 644575
DUNBAR & RODMAN LLP
One Gateway Center
Suite 405
Newton, MA 02458
(617)244-3550