UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*****************
                  *
ELYSSA KLEIN      *
                  *
       Plaintiff, *
                  *
v.                *     Civil Action No. 04-12702RGS
                  *
HASBRO, INC.      *
                  *
       Defendant. *
                  *
*****************
```

**ASSENTED-TO MOTION TO EXTEND DISCOVERY DEADLINE**

NOW COME the Plaintiff, Elyssa Klein, and respectfully requests that this Honorable Court amend the Scheduling Order in the above-captioned matter. As grounds for this assented-to motion, the parties state as follows:

1. On May 18, 2005, the Court issued a Scheduling Order with the following deadlines:

   | | |
   |---|---|
   | Automatic Discovery: | 6-17-05 |
   | Discovery Completed: | 10-17-05 |
   | Dispositive Motions Filed: | 12-2-05 |
   | Oppositions: | 21 days thereafter |
   | Replies To Oppositions: | 1-13-06 |

2. The parties have endeavored in good faith to complete discovery.

3. Although the parties have exchanged responses to interrogatories and requests for production of documents, there are a number of depositions that must be completed.

4. Ms. Klein requests that the outstanding deadlines be adjusted as follows:

| | |
|---|---|
| Discovery Completed: | 11-17-05 |
| Dispositive Motions Filed: | 1-2-06 |
| Oppositions: | 21 days thereafter |
| Replies To Oppositions: | 2-12-06 |

5. The Scheduling Order has not previously been amended.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court amend the Scheduling Order by extending each date thirty (30) days to the dates listed herein.

### LOCAL RULE 7.1 (A)(2) CERTIFICATION

Prior to filing this Motion To Extend Discovery Deadline, Plaintiff's counsel conferred with, and obtained the assent of, the Defendant, Hasbro, Inc.

Respectfully submitted,

ELYSSA KLEIN
By her attorneys,

Dated: October 11, 2005

Ronald W. Dunbar Jr., BBO#567023
William R. Bagley Jr., BBO#644575
Dunbar & Rodman LLP
One Gateway Center, Suite 405
Newton, MA 02458
617.244.3550

### CERTIFICATE OF SERVICE

I, William R. Bagley Jr., hereby certify that on October 11, 2005, I caused a copy of the foregoing document to be served upon counsel for the defendant.

William R. Bagley Jr.