UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELYSSA KLEIN, <br><br> Plaintiff, <br><br> v. <br><br> HASBRO, INC., <br><br> Defendant. | Civil Action No: 04-12702 RGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby agree that the above-captioned civil action be and hereby is dismissed with prejudice as to all parties, each party to bear their own attorneys' fees and costs and waiving all rights to appeal.

ELYSSA KLEIN

By her attorney,

_____
William R. Bagley Jr., (BBO# 644575)
Dunbar & Rodman LLP
One Gateway Center, Suite 405
Newton, MA 02458
(617) 244-3550

Dated: December 22, 2005

HASBRO, INC.

By its attorneys,

_____
Neil Jacobs (BBO# 249300)
Jessica A. Foster (BBO# 636841)
Ariella Feingold (BBO# 660380)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: December 16, 2005

US1DOCS 5415742v1